UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING | ) ) ) ) | MBD No. 17-mc-91177-RGS |

## SECOND ORDER EXTENDING THE TIME TO FILE CIVIL FORFEITURE COMPLAINT AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE

WHEREAS, Simon Long (the "Claimant") has filed a claim to the following property in a nonjudicial civil forfeiture proceeding with the United States Drug Enforcement Administration ("DEA"):

a. $74,669 in United States currency, seized from Christina Marie Lucita Ford on September 9, 2016 (the "Currency");

WHEREAS, the United States and the Claimant (collectively, the "Parties") have agreed, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the Parties jointly move the Court to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the United States represents to the Court that DEA sent notice of its intent to forfeit the Currency as required by 18 U.S.C. § 983(a)(1)(A), that no other person has filed a claim to the Currency as required by law in the nonjudicial civil forfeiture proceedings, and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or

to obtain an indictment alleging that the Currency is subject to forfeiture based upon agreement of the Parties or good cause shown.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture is extended to August 31, 2017.

/s/ F. Dennis Saylor
F. DENNIS SAYLOR IV
United States District Judge

Date: 8-1-17